Madam Clerk, would you please call the next case? Yes, Your Honor. Next is Enri Van Damme, Armin Dirk Van Damme Appellant. First, Kelly Dove for Appley. Good morning, Mr. Van Damme. Would you like to reserve any of your 15 minutes for rebuttal? I'd like to reserve three minutes. All right. And I'd also like to request, before we start to time the clock, this is my first hearing ever in front of a panel or in front of a court. I'd like to do some record keeping before we start to time. Kelly H. Dove is representing Wells Fargo Bank, N.A. Why don't you tell me what kind of record? What are you talking about? Because we ordinarily just start the time. U.S. Bank, Tiffany and Bosco claim to represent U.S. Bank National Association. This is part of your argument. So we are going to start the time, but please go ahead and tell us everything that you'd like to tell us. I will start with the case. This case started in 2004, not in 2019, not in 2000. This case started in 2004. This is where my neighbor, Bill C. Hammer, a former assistant district attorney, filed a lawsuit against Armand Van Dam on a four-inch property. Mr. Hammer started litigating and Judge Stewart had to recuse himself because he was good friends with Mr. Hammer. Then Douglas Hernan resided over the case and worked together with Mr. Hammer. Now here are some of the excerpts of a statement that Mr. Hammer made on July 7, 2008. Once again, there's no substitution of trustee from TD Service Company on 10-5-0-4. Then it stays here. Wells Fargo Bank, which is not in the chain of title, based upon any recorded documents in the Clark County Recorder's Office. Then it stays here. The loan modification agreement, two different dams. Wells Fargo is named as lender, not BNC Mortgage, not American Servicing, not LaSalle Bank. This was signed on July 7, submitted to the court district court on July 7. On July 8, Wells Fargo Bank N.A. filed a assignment from LaSalle Bank, from BNC Mortgage to LaSalle Bank. BNC Mortgage went out of business on August 22, 2007. BNC LaSalle Bank was purchased by Bank of America on October 1, 2007. On January 9, Wells Fargo Bank N.A. created a loan modification. As lender, not as servicer, as lender. Stated right here. On October 10, 2007, National Default Servicing Corporation, who is not assigned, had no authority, filed a Notice of Default. In that Notice of Default, there's an amount due of $37,401.44.  In three months, my ex-wife, Geraldine Farnam, made all the payments on the mortgage. Over three years, she paid $152,000 in interest payments only. That's about $4,500 a month. If you take the $4,500 a month and we spread it out over three months, we come out to $14,000, $13,000 something. We have to pay a late fee of $37,401.44. So what the Fidens decided to do, to leave the house, we obeyed the law and we moved to California. In 2009, I filed for bankruptcy. Appellant moved to Las Vegas in 2000, $3,500 in his pocket, became a multimillionaire, made over $3.5 million by 2003. I have been in litigation since then. I completely ran out of money, moved to California and filed for bankruptcy. In the bankruptcy filing, I listed the loan modification or new loan with the amount of $796,930. That was discharged, completely discharged. But what Wells Fargo Bank did, they created a different document. This document had the title of the company on Santa Ana, California. This document also had a notary document attached. My name on the notary document is Armand Van Dam. The one submitted here in Nevada, the name on the notary document is Armand Van Dam. The real name that was put on the notary document was Armand Dirk Van Dam. Wells Fargo thinks that it can create documents just on the fly. The 2007 notice of default was served by Tracy N. Lawrence, who committed suicide falsifying over 25,000 documents for Tiffany and Bosco. And by the way, Tiffany and Bosco is representing Wells Fargo Bank N.A. Falsified loan modifications for Tiffany and Bosco. The day of the hearing, she didn't show up in court. She was going to testify against two loan officers. They reduced her sentence to a $2,000 fine and a year in prison. The loan officers had more in stake. The judge sent a marshal down to pick her up because she was in violation. She committed suicide and found her dead in her apartment. Wells Fargo Bank N.A. falsified every single document in the platings. On November 13, 2013, a document is recorded in the Clark County Recorder's Office. It states, Bank of America as beneficiary. November 13, 2013. Bank of America as beneficiary removes hereby TD Service Company. So TD Service Company was not assigned. And assigns national default servicing. Now, on the assignment, national default servicing is recorded. On the notices of default, national default servicing is recorded. Now, appellants submitted all these documents in 2015 to all the attorneys. The attorneys consulted with Wells Fargo, Snell, and Willner and got me a dismissal. I have not only the two different loan modifications, I also have two different U.S. bank assignments to Wells Fargo N.A. Now, the assignments state, one is signed in February 2013. I know this all out of my head. One is signed November 13, 2013. We have five witnesses testifying to this Schedule A. The Schedule A is not attached until April of 2013. Then we have the recording assigning national default. After national default, in the bankruptcy court, they submitted another assignment to U.S. Bank because it was more convenient. That assignment was assigned 2016, and you see all the witnesses testify to the Schedule A attached. That Schedule A was not attached until July 2019. Three years later, U.S. Bank and the witnesses could have never testified. Everything in these platings are fraud. Everything is fraud. Now, it comes that Wells Fargo Bank N.A. says, oh, we work for Wells Fargo Home Mortgage. The only time Wells Fargo Bank N.A. appears is on this loan modification, and this loan modification is fraud. I have Asa Patton testifying under penalty of perjury that the amount of $796, $930, and $0.46 was not assigned, not funded on February 1, 2008. It was also not funded on March 1, 2008. It was also not funded on March 28, 2008. It was funded on April 1, so I could have never been in default. These loan modifications are fraud. And then how does BNC assign Wells Fargo Bank N.A.? There's no assignment. MERS is removed from the loan modification. Fannie Mae is removed from the loan modification. TD Service Company is removed from the loan modification. Wells Fargo Bank N.A. has no standing. The documents submitted to the 2009 bankruptcy court, and I don't know why Kerry heard it, my attorney, and Corey Beck never brought up these documents, although I submitted them to him. Now, Wells Fargo, Barclay created all these documents. None of these documents are true. When I received my motion to dismiss, its doc number 97 was filed first. One minute later, another motion to dismiss. The same motion to dismiss is filed, stock number 98. That holds true in law, because that was filed 98. Now, that document has no date on it. When I went into the clerk's office and I wanted to file some documents, I made a mistake. The clerk told me, I said, can I revise it? You have not recorded it yet. The clerk told me, you have to amend that, because you already filed it. The judge was not allowed to sign, file a second order. U.S. Bank was never, never assigned. There's no assignment of record of U.S. Bank in the Clark County Recorder's Office. There is an assignment on record, November 13, 2013, in the Recorder's Office, and that is Bank of America, who's the current beneficiary. Wells Fargo Bank N.A. has no license, is not registered as a foreign agent. They're not registered in the Clark County office. They were never registered as a lender. Wells Fargo Bank N.A. has, today, no standing in this court. No standing in this court, and I remain my time for rebuttal. Thank you. All right. Thank you. Thank you, sir. All right. Let's hear from the appellee, please. Good morning, Your Honors. Kelly Dove for Wells Fargo Bank. This case, as Mr. Van Dam alluded to, has quite a lengthy history. The first notice of default here was recorded in 2007. There was a loan modification in 2008, and no payments have been made on this loan since before the loan modification. Just to respond briefly to some of the loan modification issues, the copy attached in the California bankruptcy was apparently a draft loan modification. It wasn't the copy that was recorded. The recorded document that's operative is in the record here. Mr. Van Dam sued Wells Fargo Bank in 2015, which was fully adjudicated in federal court by 2018 and formed the basis of a substantial portion of Judge Nakagawa's ruling. As Your Honors, I'm sure, have read, Judge Nakagawa issued a thoughtful, reasoned, and extensive decision going through all of Mr. Van Dam's claims in detail in what I would call a substantially belt-and-suspenders approach, finding that not only are these claims, except putting aside the agent lien claim for a moment, they are precluded by claim preclusion based on the district court litigation. Many of them are also precluded by issue preclusion, and any claims arising from loan modification whatsoever are necessarily time-barred, as the loan modification was executed in 2008. The district court for the District of Nevada found that those claims were time-barred as of 2015. They're even more so time-barred, if that's a thing, at this point. So there's no claims that can be sustained under the loan modification. That's on top of the fact that in signed the loan modification in the adversary proceeding here. He says he never signed it. He was in Europe at the time. So there's just myriad problems with any claims arising from the loan modification. Likewise, this issue of authority was adjudicated in the Nevada District Court action. The court fully adjudicated Wells Fargo's authority to pursue the relief here as the servicer. Wells Fargo has never been the beneficiary of this loan, so it has acted in all times as the servicer, and there is, of course, no assignment assigning the beneficial interest to Wells Fargo because it has not played that role. Just touching briefly on the opening brief's contention that the court should have treated this as a summary judgment motion. I think we addressed that fully in our judicially noticeable documents. I would just add, I'm not sure this is the appropriate place to do this, but Mr. Van Dam has filed dozens of what we would contend are rogue filings, again with the foreign agent arguments, other documents, additional affidavits. We have responded to many of them just to not let them go unresponded to, but just for the record, we generally object to all of these rogue filings that raise those issues, and I would be happy to entertain any questions your honors have, but otherwise we would submit on our briefing. Any questions? I don't. All right, Judge Corbett. Thank you very much. Thank you. All right, Mr. Van Dam, you have a little bit more than two minutes left. Thank you. Really quick, her colleague, Blakely Griffith, testified that I was not in the country, that I did not sign the deed. I have my wife sitting right there. She can testify that I was not in the country. I did not sign the deed. The person that asked her to sign the deed, asked her to sign my name. I signed a durable power of attorney awarded Geraldine Van Dam the 400% of the property. Now we come to the district court case, 2018. Funny that you bring it up, because Wells Fargo Bank N.A. was not registered as a foreign agent. Her law office is located out of Arizona. They're registered as a foreign agent. Tishnee and Bosco, law office out of Arizona, coincidental. They're listed as a registered agent. Wells Fargo Bank N.A. was not registered as a foreign agent, and no such corporation can maintain any action or proceeding in any court of this state while so in default. Such an action or proceeding must be dismissed without prejudice. She has no case, no cause to bring up that case. And that's why for another issue I want to bring up, NRS 77440, jurisdiction and venue. The appointment and maintenance in this state of a registered agent does not itself create the basis for personal jurisdiction. Now here on the assignment, let me read that. Maybe you can read with me. I certify on the penalty of perjury under the laws of the state of California. This case belongs in the state of California. That's where the contract was originated, in the state of California. That's where it was transferred. She said, yeah, there was just a mark, a mark. And you falsified a notary document attached. Now they say I was in default on March 1st. So I cite myself in default on March 18th. It's, it's a ridiculous statement. Why would I do that? And then Mark Dowinspec on April 1st, he signs off on me being in default. And now I get blamed for creating two documents. Why did Wells Fargo create two documents? Now they submitted a different document to my wife's bankruptcy because she filed a different bankruptcy. Now they can collect twice on Fannie Mae than remove Fannie Mae. Yeah, they already collected $884,000 on this recent bankruptcy filing. They also collected $421,000 on the previous bankruptcy filing. Wells Fargo Bank has no standing. It's not representing Wells Fargo home mortgage. And it's proven in Daimler versus Bowne. They have no jurisdiction. Judge Nagarwala had no jurisdiction. He was not registered as a foreign agent. I'm not a sovereign citizen. I don't believe in any of the bullshit. I'm a boxing coach. I started working for the government, helping underprivileged kids from the justice system. And I saw the inconsistencies. I saw all these inconsistencies. And this, this man has been a corporate officer. I know exactly how corporate corporations work. Wells Fargo Bank has no jurisdiction. They have no claim. And they cannot, they cannot stand in front of you and just disobey law. NRS 107028, trustee qualification. The appointment of a new trustee is not effective. The substitution of a trustee is recorded until the substitution of a trustee is recorded in the Clark County Recorder's Office. More, moreover... Right. Thank you. Could you wrap it up, please, Mr. Van Dam? Yes. Yes. Because you're beyond your time. Tiffany and Bosco submitted over 2,800 documents in the excerpts of records. I submitted that MRRS was never assigned. Over 2,800 documents in the excerpts of records. I looked at every one. There's no assignment from Bank of America to U.S. Bank N.A. There's no assignment. All right. Thank you. Thank you very much. Thank you for your argument today. Thank you, Your Honor. Thank you both. The matter will be submitted. Thank you. Thank you.
judges: Brand, Gan, and Corbit